UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

| | |
|---|---|
| WENDY WALTERS, )<br>　　　　Plaintiff, )<br>　　　　　　　　　　　　　　　 )<br>　　v. )<br>　　　　　　　　　　　　　　　 )<br>KILOLO KIJAKAZI, )<br>*Acting Commissioner of Social Security* )<br>　　　　Defendant. )<br>　　　　　　　　　　　　　　　 )<br>　　　　　　　　　　　　　　　 ) | **JUDGMENT**<br>Case No. 7:22-CV-142-KS |

---

**Decision by Court.**

This action came before United States Magistrate Judge Kimberly A. Swank on the Plaintiff's Motion for Judgment on the Pleadings [DE-23] and the Defendant's Consent Motion for Remand [DE-33].

**IT IS ORDERED, ADJUDGED AND DECREED** the court grants the Defendant's Consent Motion for Remand [DE-33] and hereby reverses the Commissioner's decision under sentence four of 42 U.S.C. § 405(g), and remands the case to the Commissioner for further proceedings.

This judgment filed and entered on May 24, 2023, with *electronic service* upon:

Derrick Kyle Arrowood  *Counsel for Plaintiff*
Dianne Samu,  *Counsel for Defendant*
Samantha Zeiler, *Counsel for the Defendant*

　　　　　　　　　　　　　　　　　　**PETER A. MOORE, JR.**
　　　　　　　　　　　　　　　　　　CLERK, U.S. DISTRICT COURT

DATE: May 24, 2023　　　　　　　　　/s/ *Shelia Foell*
　　　　　　　　　　　　　　　　　　(By): Shelia Foell
　　　　　　　　　　　　　　　　　　Deputy Clerk
　　　　　　　　　　　　　　　　　　United States District Court