THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:22-CV-00142-KS

| | |
|---|---|
| WENDY WALTERS, )<br>          Plaintiff, )<br>)<br>)<br>         v. )<br>)<br>KILOLO KIJAKAZI, )<br>Acting Commissioner of Social Security, )<br>         Defendant. )<br>) | ORDER FOR PAYMENT OF<br>ATTORNEY FEES UNDER THE<br>EQUAL ACCESS TO JUSTICE ACT |

This matter is before the court on Plaintiff's motion for attorney's fees [DE #36]. Defendant has not responded, and the time for doing so has expired. Plaintiff's motion is therefore ripe for ruling. For the reasons set forth in Plaintiff's motion, it is ORDERED that Defendant pay to Plaintiff $7,932.50 in attorney's fees, in full satisfaction of any and all claims arising under the Equal Access to Justice Act, 28 U.S.C. § 2412. If the award to Plaintiff is not subject to the Treasury Offset Program, payment will be made by check payable to Plaintiff's counsel, Derrick Arrowood, and mailed to his office at P.O. Box 58129, Raleigh, NC 27658.

This 18th day of September 2023.

KIMBERLY A. SWANK
United States Magistrate Judge