UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

WENDY WALTERS,
    Plaintiff,

v.

KILOLO KIJAKAZI,
*Acting Commissioner of Social Security*,
    Defendant.

**JUDGMENT**

Case No. 7:22-CV-142-KS

**Decision by Court.**

This action came before United States Magistrate Judge Kimberly A. Swank for consideration of the plaintiff's motion for attorney fees.

IT IS ORDERED, ADJUDGED AND DECREED that Defendant pay to Plaintiff $7,932.50 in attorney's fees, in full satisfaction of any and all claims arising under the Equal Access to Justice Act, 28 U.S.C. § 2412.

This judgment filed and entered on September 18, 2023,, with *electronic service* upon:

**Derrick Arrowood**
*Counsel for Plaintiff*

**Dianne Samu**
**Samantha Zeiler**
**Thomas Zimarowski**
*Counsel for Defendant*

**PETER A. MOORE, JR.**
**CLERK, U.S. DISTRICT COURT**

DATE: September 18, 2023

/s/ *Shelia D. Foell*
(By): Shelia D. Foell, Deputy Clerk