UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

| | |
|---|---|
| WENDY WALTERS,<br>  Plaintiff,<br><br>v.<br><br>KILOLO KIJAKAZI,<br>*Acting Commissioner of*<br>*Social Security,*<br>  Defendant. | **AMENDED JUDGMENT**<br><br>Case No. 7:22-CV-142-KS |

**Decision by Court.**

  This action came before United States Magistrate Judge Kimberly A. Swank for consideration of the parties Consent Motion to Amend Judgment on Attorney Fees DE[40].

  IT IS ORDERED, ADJUDGED AND DECREED that Defendant pay to Plaintiff $7,200.00 in attorney's fees, in full satisfaction of any and all claims arising under the Equal Access to Justice Act, 28 U.S.C. § 2412.

This judgment filed and entered on October 3, 2023, with *electronic service* upon:

**Derrick Arrowood**
*Counsel for Plaintiff*

**Dianne Samu**
**Samantha Zeiler**
**Thomas Zimarowski**
*Counsel for Defendant*

              **PETER A. MOORE, JR.**
              **CLERK, U.S. DISTRICT COURT**

DATE: October 3, 2023       /s/ *Shelia D. Foell*
                (By): Shelia D. Foell, Deputy Clerk